UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| In the Matter of | Case No. 09-20652-wsh |
| KEVIN MARK WOODRUFF<br>DEAYNA ELIZABETH WOODRUFF | Chapter 7 |
| Debtors | |

**NOTICE OF MOTION AND INTENT TO AVOID
JUDICIAL LIEN ON REAL ESTATE**

     PLEASE TAKE NOTICE that Debtors, Kevin Mark Woodruff and Deayna Elizabeth Woodruff, move the Court to avoid a judicial lien held by FIA Card Service, N.A., fka MBNA American Bank, N.A., on certain real estate owned by the Debtors.

     This motion is being brought under procedures prescribed by Bankruptcy Local Rule 4003-2 of the United States Bankruptcy Court for the Eastern District of Kentucky.

     If you wish to object to the motion, or request a hearing on the motion, your objection and/or request must be filed and served upon debtor within 15 days of the date this notice was mailed or electronically served.

     You must accompany any request you make for a hearing, or any objection to the relief sought by Debtors, with any declarations or memoranda of law you wish to present in support of your position.

     If you do not make a timely objection to the requested relief, or a timely request for hearing, the Court may enter an order granting the relief by default and either 1) set a tentative hearing date or 2) require that Debtors provides you at least 10 days' written notice (in the event an objection or request for hearing is timely made).

1. Debtors, Kevin Mark Woodruff and Deayna Elizabeth Woodruff, commenced this case on March 25, 2009 by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2. This court has jurisdiction over this motion, filed pursuant to 11 U.S.C. Sec. 522(f), to avoid and cancel a judicial lien held by FIA Card Services, N.A., fka MBNA American Bank, N.A., on real property used as the debtors' residence, under 28 U.S.C. Sec. 1334.

3. On January 16, 2009, creditors recorded a judicial lien against the following debtors' residence at 3892 August Berline Road, Brooksville, Kentucky. This said judicial lien is entered of record as follows: Bracken Circuit Court, Bracken County, Kentucky, in the amount of $33,715.26, and entered against debtor Deayna E. Woodruff, 3892 Augusta Berlin Road, Brooksville, KY 41004.

4. The debtors' interest in the property referred to in the preceding paragraph and encumbered by the lien has been claimed as fully exempt in their bankruptcy case.

5. The existence of FIA Card Services, N.A., fka MBNA American Bank, N.A.'s lien on debtors' real property impairs an exemption to which the debtors would be entitled under 11 U.S.C. [Sec. 522(b)/522 (c)].

WHEREFORE, Debtors pray for an order against FIA Card Services, N.A., fka MBNA American Bank, N.A. avoiding and canceling the judicial lien on the above-mentioned property, and for such additional or alternative relief as may be just and property

Date: June 3, 2009

EDMONDSON & ASSOCIATES
28 West Fifth Street
Covington, KY 41011
(859) 491-5551
*/s/ Alexander F. Edmondson*
ALEXANDER F. EDMONDSON
aedmondson@edmondsonlaw.org

NOTICE AND OPPORTUNITY

*Any objections to this redemption must be filed within 20 days from the date this Motion was filed. If no written objection is received, an order approving the redemption may be entered.

                                                               */s/ ALEXANDER F. EDMONDSON*
                                                               Counsel for Debtors

## PROOF OF SERVICE BY MAIL (Bankruptcy Rule 9006 (f))

     I, Alexander F. Edmondson, declare that I am a resident of or employed in Kenton County, Kentucky.  My address is 28 West Fifth Street, Covington, KY 41011.  I am over the age of eighteen years of age and am not a party to this case.

     On June 3, 2009, I served the Notice of Motion and Motion to Avoid Judicial Lien on Real Estate on the following parties by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the U. S. Mail at Covington, Kentucky, addressed as follows:

Robert K. Hogan
Attorneys for Plaintiff
Javitch, Block & Rathbone, LLP
602 Main Street, Suite 500
Cincinnati, OH 45202

FIA Card Services
P.O. Box 15720
Wilmington, DE 19850-5720

     I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 3, 2009.

                                                                 */s/ Alexander F. Edmondson*